*C. Blake Townsend* for petitioners.   *Thomas W. Y. Clark* and *Albert R. Golrick* for respondent.

No. 592.   FAIRBANKS *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.   *Joseph D. Taylor* for petitioner.   *Solicitor General Perlman* and *Acting Assistant Attorney General Slack* for respondent.

No. 603.   MACFARLANE *v.* PACIFIC MUTUAL LIFE INSURANCE Co.   C. A. 7th Cir.   Certiorari denied.   *Claude D. Stout* for petitioner.   *Leon B. Lamfrom* and *A. J. Engelhard* for respondent.

No. 608.   BURKS *v.* COLONIAL LIFE & ACCIDENT INSURANCE Co.   C. A. 5th Cir.   Certiorari denied.   *J. J. Flynt, Jr.* and *Wallace Miller, Jr.* for petitioner.   *S. Augustus Black* for respondent.

No. 615.   ATCHISON, TOPEKA & SANTA FE RAILWAY Co. *v.* WHITE.   Supreme Court of Missouri.   Certiorari denied.   *R. S. Outlaw* and *Walter R. Mayne* for petitioner.   *William H. DeParcq* for respondent.

No. 328, Misc.   STORY *v.* HUNTER, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 348, Misc.   VILES *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 371, Misc.   CHESSMAN *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.   Peti-